CLERK'S OFFICE U.S. DIST COURT
AT LYNCHBURG, VA
FILED
FEB 2 2 2006
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| GINGER ANDREWS,<br><br>*Plaintiff,*<br><br>v.<br><br>JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,<br><br>*Defendant.* | CIVIL ACTION NO. 3:03CV00028<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

By standing order of the Court, this case was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition as to Plaintiff's Petition For Award of Attorney Fee under 42 U.S.C. §406(b). The Magistrate filed his Report on December 7, 2005, recommending that this Court enter an order awarding plaintiff's counsel, C. Cooper Geraty, Nine Thousand Seventy-Two and 50/100 dollars ($9,072.50) in fees under the Social Security Act.

After a review of record, and no objection having been filed to the Report, this Court hereby ORDERS that the Report and Recommendation of the United States Magistrate Judge filed December 7, 2005, shall be, and hereby is, ADOPTED, in its entirety.

This case is dismissed and stricken from the docket of the Court.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: _____
U.S. District Judge

2/22/06
Date